# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CRIMINAL CASE NO. |
| DENNIS MITCHELL, | : | 1:21-CR-209-JPB-JSA |
| Defendant. | : | |

## ORDER AND REPORT AND RECOMMENDATION

This case is before the undersigned on the document filed by Defendant, *pro se*, entitled Plea in Abatement To The Subject-Matter Jurisdiction of the Court and Judicial Notice [20]. The Court construes this document as a motion to dismiss the Indictment and thereby **DIRECTS** the Clerk to docket the filing as a motion. However, because the Motion [20] is improperly filed and clearly frivolous, the Court **RECOMMENDS** that it be **DENIED**.

## DISCUSSION

The Local Rules of the Court make clear:

Whenever a party has appeared by attorney, the party may not thereafter appear or act in the party's own behalf in the action or proceeding or take any step therein unless the party has first given notice of the party's intention to the attorney of record and to the opposing party and has obtained an order of substitution from the Court. Notwithstanding this rule, the Court may in its discretion hear a

1

party in open court even though the party has previously appeared or is represented by an attorney.

LcrR 57.1(D)(3), N.D.Ga. Defendant here is represented by counsel but yet separately submitted this filing *pro se*. Defendant has not expressed a desire to represent himself and applied for a substitution from the Court to that effect. Thus, Defendant is not permitted to submit homemade legal filings, *pro se*, and the Motion [20] is due for denial on this basis.

Moreover, the Motion is nonsensical and clearly frivolous. Defendant states:

> Dennis Louis Mitchell, a Native American Choctaw, flesh and blood man an living Soul; Beneficiary and Executor of the **DENNIS LOUIS MITCHELL ESTATE ©TRUST ™®** Specifically, appearing in appearance regarding judicial impropriety, in propria persona, as a third party intervener in this matter to address the alleged Nom De Guerra known as DENNIS MITCHELL with this plea in abatement to the subject-matter jurisdiction of the Court…

[20] at 1 (emphasis in original).

The challenge to "jurisdiction" is entirely conclusory and appears to be part of the tactic "often used by so-called 'sovereign citizens,' who believe they are not subject to the jurisdiction of the courts and who frequently deny that they are the defendants in the action, instead referring to themselves as third-party intervenors[.]" *United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013). However, "courts have repeatedly rejected as frivolous arguments that people are 'sovereign citizens' who are not subject to the jurisdiction of any courts." *Walker v. Florida*, 688 F. App'x 864, 865 (11th Cir. 2017); *see also United States v.*

*Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013) ("Courts have been confronted repeatedly by [sovereign citizens'] attempts to delay judicial proceedings and have summarily rejected their legal theories as frivolous."); *Duwengoegger v. King*, No. 10-3965 (PJS/JSM), 2012 WL 1516865, at *14 (D. Minn. Feb. 13, 2012) ("[A]ny argument by plaintiff that he is not subject to the laws of Minnesota or the United States because he is a "Sovereign Citizen" is frivolous.").

The Court is satisfied that it enjoys "jurisdiction" over this case and Defendant's Motion [20] is meritless.

## CONCLUSION

The undersigned **DIRECTS** the Clerk to docket the Plea in Abatement [20] as a Motion. The undersigned **RECOMMENDS** that the Motion [20] be **DENIED**. This matter is **READY FOR TRIAL**.

IT IS SO **RECOMMENDED** this 26th day of August, 2021.

_____
**JUSTIN S. ANAND**
**UNITED STATES MAGISTRATE JUDGE**