UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DENNIS MITCHELL,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:21-CR-00209-JPB |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Report and Recommendation. [Doc. 25]. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the Report and Recommendation for clear error and finds none. See also Fed R. Crim. Pro. 59(b)(3).

Accordingly, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 25] as the judgment of the Court. For the reasons stated in

...

the Magistrate Judge's Report and Recommendation, Defendant's motion [Doc. 20] is **DENIED**.

**SO ORDERED** this 24th day of September, 2021.

_____
J. P. BOULEE
United States District Judge